THE MECHANICS' AND TRADERS' BANK OF JERSEY CITY, Appellant, *v.* HENRY DAKIN et al., Respondents.

THIS was a motion for reargument (case reported 51 N. Y., 519), upon the ground that the decision was in conflict with the decision of the Court of Appeals in *Thurber* v. *Blanck* (50 N. Y., 80). The motion was denied upon the ground that, as the remittitur had gone down, and as a new trial was ordered, either party upon new trial, if dissatisfied with the result, could take the same to the Court of Appeals for final disposition, and thus the disputed question could be finally settled.

*William H. Arnoux* for motion.

*William T. Shepard* opposed.

*Per Curiam* opinion for denial of motion.
All concur.
Motion denied.